1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Defendants*
   *Charles Daniels and Martin Naughton, M.D.*

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  VALENTINE KAUL,

                                              Case No.  3:20-cv-00044-MMD-WGC
11              Plaintiff,

12  vs.                                       **STIPULATION AND ORDER FOR**
                                              **DISMISSAL WITH PREJUDICE**
13  CHARLES DANIELS, et al.

14              Defendants.

15

16        IT IS HEREBY STIPULATED by and between Plaintiff, Valentine Kaul, and Defendants,

17  Charles Daniels and Martin Naughton, M.D., by and through counsel, Aaron D. Ford, Attorney

18  General of the State of Nevada, and Douglas R. Rands,  Senior Deputy Attorney General, that the

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                1

1  above-captioned matter is dismissed with prejudice, with each party to bear their own attorney's

2  fees and costs.

3      DATED this 27TH of JANUARY 2022.

4                                          AARON D. FORD
                                           Attorney General
5

6  _____        By: _____
7  VALENTINE KAUL                         DOUGLAS R. RANDS, Bar No. 3572
   *Plaintiff Pro Se*                      Senior Deputy Attorney General
8                                          *Attorneys for Defendants*

9

10

11                                 IT IS SO ORDERED.

12                                 _____

13                                 U.S. DISTRICT JUDGE

14                                 DATED: January 31, 2022 _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 31st day of January, 2022, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/ECF Electronic Filing on the following:

Valentine Kaul #114905
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

Roberta W Bibee
An employee of the
Office of the Attorney General

3